Ruffin B. Cordell (*Pro Hac Vice* Admission forthcoming / cordell@fr.com)
Ahmed J. Davis (admitted *Pro Hac Vice* / davis@fr.com)
Cherylyn Esoy Mizzo (admitted *Pro Hac Vice* / mizzo@fr.com)
FISH & RICHARDSON P.C.
1425 K Street NW, 11th Floor
Washington, DC 20008
Telephone: 202-783-5070
Facsimile: 202-783-2331

Keeley I. Vega (CA SBN 259928 / kvega@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

**FILED**
2010 MAY 20 A 11: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HEWLETT PACKARD COMPANY, a Delaware Corporation, | Case No. CV 10 0965 EMC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| MICROJET TECHNOLOGY CO. LTD., a Taiwanese corporation, MIPO TECHNOLOGY LIMITED, a Hong Kong Corporation, MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU, a Chinese Corporation, MEXTEC GROUP INC. d/b/a MIPO AMERICA LTD., a Florida Corporation, SINOTIME TECHNOLOGIES, INC. d/b/a All Colors, a Florida Corporation, and PTC HOLDINGS LIMITED, a Hong Kong Corporation, | |
| Defendant(s). | |

1    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Hewlett Packard Company

2    ("HP") hereby voluntarily dismisses the above-reference action without prejudice.

3

4    Dated:  May 20, 2010                          Respectfully Submitted,

5

6
                                    By: *Keeley Vega*
7                                       Ruffin B. Cordell (*Pro Hac Vice* forthcoming)
                                        Ahmed J. Davis (admitted *Pro Hac Vice*)
8                                       Cherylyn Esoy Mizzo (admitted *Pro Hac Vice*)
                                        Keeley I. Vega (CA SBN 259928)
9

10   Attorneys for Plaintiff
     HEWLETT-PACKARD COMPANY
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2